# Exhibit "D"

FILED
2005 Jan-10 AM 11:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, a corporation<br><br>Plaintiff,<br><br>v.<br><br>SLATE SECURITY SYSTEMS, INC., a corporation; J. DARYL SLATE, an individual; SHONNA W. SLATE, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: CV-04-BE-3500-S<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE came before the court on plaintiff's request for a preliminary injunction. The court has been advised that defendant Slate Security Systems, Inc. ("Slate") consents and agrees to the extension of the injunctive provisions of the Temporary Restraining Order entered in this case on December 22, 2004.

It is therefore **ORDERED, ADJUDGED** and **DECREED** as follows:

1. That Slate and others in active concert and participation with it who receive actual notice of this Order, are hereby ENJOINED and RESTRAINED from conveying, selling, transferring, or otherwise disposing of any of said defendant's assets, whether real, personal or mixed, with the exception of transactions having a value of FIVE HUNDRED DOLLARS ($500.00) or less or necessary in the ordinary course of business.

2. Should Slate desire to conduct any transaction or transfer otherwise prohibited

by this Order, Slate shall provide written notice with respect to any such transfer or transaction to counsel for USF&G not less than five (5) business days before the proposed transfer or transaction. Said notice shall include the name and address of the proposed transferee, a description of the property involved, and a statement of the amount of consideration to be received by said defendant as a result of the transaction. USF&G shall communicate to Slate any objection to the proposed transaction within five (5) business days of the receipt of the notice. In the event of any objection by USF&G, Slate shall not conclude the transaction absent further orders of this Court.

DONE and ORDERED this the 7th day of January, 2005.

_Karon O. Bowdre_

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

c:
L. Graves Stiff, III
J. Scott Dickens
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512

Mr. John G. Watts
Yearout & Traylor, P.C.
800 Shades Creek Parkway, Suite 500
Birmingham, Alabama 35209

Mr. J. Daryl Slate
933 Bethel Road
Hartselle, Alabama 35640

Ms. Shonna W. Slate
933 Bethel Road
Hartselle, Alabama 35640