**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 28, 2006

# NOTICE OF REASSIGNMENT

Re:   United States Fidelity and Guaranty Company v. Elmer Myers Armstrong, et al.
      Civil Action No. #2:06-cv-00372-WHA

The above-styled case has been reassigned to Magistrate Judge Vanzetta P. McPherson.

Please note that the case number is now #2:06-cv-00372-VPM. This new case number should be used on all future correspondence and pleadings in this action.