IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06CV372-VPM ) |
| ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, | ) ) ) |
| Defendants. | ) |

_____

## MOTION FOR SERVICE BY PUBLICATION
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above-referenced case, pursuant to Rule 4(e)(1) of the *Federal Rules of Civil Procedure* and Rule 4.3 of the *Alabama Rules of Civil Procedure*, hereby moves this Court to Order service of the Summons and Complaint against defendants, Elmer Meyers Armstrong and Freida Armstrong, by publication. As grounds for this request, USF&G shows unto the Court that the residence address of these defendante is unknown and cannot be ascertained with reasonable diligence. Additionally, upon information and belief, USF&G avers that defendants are avoiding service.

This Motion is supported by the Affidavit of Brian A. Dodd attached hereto as Exhibit "A" and filed contemporaneously herewith.

{B0598583}

WHEREFORE, PREMISES CONSIDERED, USF&G requests moves this Court to Order service of the Summons and Complaint against Elmer Meyers Armstrong and Freida Armstrong by publication.

Respectfully submitted,

s/ Thomas L. Selden
Thomas L. Selden
ASB Bar: ASB-5928-E64T
s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorneys for United States Fidelity and
Guaranty Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6021
Fax: 205-868-6099
e-mail: TSelden@starneslaw.com
e-mail: BDodd@starneslaw.com

{B0598583}