IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06CV372-VPM |
| ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, | ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF BRIAN A. DODD

Before me, the undersigned notary public in and for said county and state, personally appeared Brian A. Dodd, who having been duly sworn, deposes and says as follows:

1.   My name is Brian A. Dodd. I am an attorney with the law firm of Starnes & Atchison L.L.P., 7th Floor, 100 Brookwood Place, Post Office Box 598512, Birmingham, Alabama 35209, and I have been licensed to practice law in Alabama since 1999. I have personal knowledge of the matters stated herein.

2.   This firm represents United States Fidelity and Guaranty Company in this action against defendants Elmer Meyers Armstrong and Freida Armstrong.

{B0598590}

3. To date, all efforts to verify the location of defendants and have them served with the Summons and Complaint have proven unsuccessful. It is believed that the defendants have recently sold their primary residence in Florida and are currently living in an RV. We have contacted Montgomery attorney H. Dean Mooty, Jr., who is counsel of record for the defendants in *Murphy Oil USA, Inc. v. Elmer Meyers Armstrong, et al.*, Case No. 2:06CV16-SRW, pending in the United States District Court fore the Middle District of Alabama, Northern Division, and have been advised by attorney Mooty that he does not know the present whereabouts of the defendants or how to contact them. We have also retained the services of a private investigator, Bill Caputo of Capitol Investigation. None of these efforts has yielded an accurate current address for these defendants.

FURTHER AFFIANT SAITH NOT.

{B0598590}

STATE OF ALABAMA                }
                                }
COUNTY OF JEFFERSON              }

Before me, the undersigned Notary Public, in and for said County and in said State, personally appeared BRIAN A. DODD whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

_____
BRIAN A. DODD

_____
NOTARY PUBLIC

Given under my hand and seal this the 22nd day of May, 2006.

My Commission Expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 11, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

{B0598590}