IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, )<br><br>Defendants. ) | CASE NO. 2:06CV372-VPM |

_____

SECOND MOTION FOR SERVICE BY PUBLICATION
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above-referenced case, pursuant to Rule 4(e)(1) of the *Federal Rules of Civil Procedure* and Rule 4.3 of the *Alabama Rules of Civil Procedure*, hereby moves this Court to Order service of the Summons and Complaint against defendants, Elmer Meyers Armstrong and Freida Armstrong, by publication. As grounds for this request, USF&G shows unto the Court that the residence address of these defendants is unknown and cannot be ascertained with reasonable diligence. Additionally, upon information and belief, USF&G avers that defendants are avoiding service.

This Motion is supported by the Affidavits of Brian A. Dodd and Bill Caputo, attached hereto as Exhibit "A" and Exhibit "B" and filed contemporaneously herewith.

{B0598583}

WHEREFORE, PREMISES CONSIDERED, USF&G requests moves this Court to Order service of the Summons and Complaint against Elmer Meyers Armstrong and Freida Armstrong by publication.

        Respectfully submitted,

        s/ Thomas L. Selden
        Thomas L. Selden
        ASB Bar: ASB-5928-E64T
        s/Brian A. Dodd
        Bar Number: ASB-5193-D56B
        Attorneys for United States Fidelity and Guaranty Company
        Starnes & Atchison LLP
        P.O. Box 598512
        Birmingham, Alabama 35259-8512
        Phone No.: 205-868-6021
        Fax: 205-868-6099
        e-mail: TSelden@starneslaw.com
        e-mail: BDodd@starneslaw.com