IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06CV372-VPM ) |
| ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, | ) ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF BRIAN A. DODD

Before me, the undersigned notary public in and for said county and state, personally appeared Brian A. Dodd, who having been duly sworn, deposes and says as follows:

1.  My name is Brian A. Dodd. I am an attorney with the law firm of Starnes & Atchison L.L.P., 7th Floor, 100 Brookwood Place, Post Office Box 598512, Birmingham, Alabama 35209, and I have been licensed to practice law in Alabama since 1999. I have personal knowledge of the matters stated herein.

2.  This firm represents United States Fidelity and Guaranty Company in this action against defendants Elmer Meyers Armstrong and Freida Armstrong.

{B0598590}

3. To date, all efforts to verify the location of defendants and have them served with the Summons and Complaint have proven unsuccessful. It is believed that the defendants have recently sold a residence in Florida and are currently living in an RV.

4. We have also contacted Montgomery attorney H. Dean Mooty, Jr., who is counsel of record for the defendants in *Murphy Oil USA, Inc. v. Elmer Meyers Armstrong, et al.*, Case No. 2:06CV16-SRW, pending in the United States District Court fore the Middle District of Alabama, Northern Division, and have been advised by attorney Mooty that he does not know the present whereabouts of the defendants or how to contact them. A copy of a pleading filed by attorney Mooty in said case attesting to his inability to locate the defendants is attached hereto as Exhibit "1."

5. Defendants were served with the Summons and Complaint within the jurisdictional limits of this Court in *Murphy Oil USA, Inc. v. Elmer Meyers Armstrong, et al.*, Case No. 2:06CV16-SRW, pending in the United States District Court fore the Middle District of Alabama, Northern Division, on January 30, 2006. A copy of the returned process in said case is attached hereto as Exhibit "2."

6. We have further retained the services of a private investigator, Bill Caputo of Capitol Investigation in an effort to ascertain the current whereabouts of the defendants. A summary of the efforts undertaken by Capitol Investigation to locate the defendants is set forth in a separate Affidavit. None of these efforts has yielded an accurate current address for these defendants and it is believed that they are avoiding service in this matter as well as the efforts of other creditors to locate them.

{B0598590}

FURTHER AFFIANT SAITH NOT.

STATE OF ALABAMA            }
                            }
COUNTY OF JEFFERSON         }

Before me, the undersigned Notary Public, in and for said County and in said State, personally appeared BRIAN A. DODD whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

_____
BRIAN A. DODD

_____
NOTARY PUBLIC

Given under my hand and seal this the _3_ day of July, 2006.

My Commission Expires:  NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 11, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

{B0598590}

# Exhibit "1"

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, | ) ) ) |
| Plaintiff(s), | ) ) ) |
| v. | ) Civil Action No. 2:06-cv-16-SRW ) |
| ELMER MYERS ARMSTRONG, an individual, and FREIDA ARMSTRONG, an individual, | ) ) ) ) |
| Defendant(s). | ) |

## RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The undersigned filed an appearance in this matter on behalf of Elmer Myers Armstrong and Freida Armstrong. This is an action to enforce personal guarantees provided by the Armstrongs for obligations regarding fuel purchases of Price Oil, Inc. from Plaintiff, Murphy Oil USA, Inc. Murphy Oil has now filed a Motion for Summary Judgment. The Armstrongs have no resources with which to defend this matter, much less satisfy any resulting judgment.

Accordingly, no response will be filed to Plaintiff's Motion for Summary Judgment, and the undersigned assumes the Court will proceed to enter a judgment in favor of Murphy Oil on that basis.

The undersigned would like to provide a little background information on this matter. Myers and Freida Armstrong were the owners of Price Oil, Inc., a corporation involved in the wholesale and retail gasoline industry, with its principal office in Montgomery, Alabama. The Armstrongs retired approximately eight (8) years ago and were not involved in the day-to-day running of the business. Due to a bad and deteriorating financial condition of the company,

unknown to the Armstrongs, they returned in early Fall to try and save the business. Their efforts were unsuccessful, and a Chapter 11 voluntary petition in bankruptcy was filed in the U.S. Bankruptcy Court for the Middle District of Alabama, Case No. 05-34286. The company's assets have been sold, and Price Oil ceased business operations a number of months ago. The Armstrongs' activities with Price Oil also ended a number of months ago. The Armstrongs not only did not receive a dime from the bankruptcy proceeding, they lost everything, including their home. The Armstrongs are in their early 60s and their retirement some eight years ago was due largely to Mr. Armstrong's health which includes various cardiac issues, prior heart attacks and related problems, angioplasties, etc. Even so, the Armstrongs are now in a position of having to find jobs in order to live.

The undersigned does not know the Armstrongs' whereabouts. The undersigned previously requested a brief extension of time to respond to Plaintiff's written discovery in that he had been unable to get such discovery to the Armstrongs, much less prepare responses to them. He has still been unable to do so. The undersigned would prefer not to withdraw from this proceeding due to his almost 20-year working and personal relationship with the Armstrongs. Respectfully, the undersigned would simply ask that he continue to be copied with any filings of the Plaintiff and actions of the Court in this matter.

Respectfully submitted,

_____
H. Dean Mooty, Jr. (MOO018)
Attorney for Elmer Myers Armstrong and
Freida Armstrong

OF COUNSEL:

2

MOOTY & ASSOCIATES, P.C.
600 Clay Street
Montgomery, Alabama 36104
Telephone:   (334)264-0400
Facsimile:   (334)264-0380
E-mail:   hdm@mooty-assoc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon John P. Scott, Jr., Esq. and Bryan G. Hale, Esq., Starnes & Atchison, LLP, Post Office Box 598512, Birmingham, Alabama 35259-8512, by depositing a copy of same in the United States Mail, first class postage prepaid and properly addressed on this the 27th day of June, 2006.

_____
Of Counsel

# Exhibit "2"

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELMER MYERS ARMSTRONG, an individual, and FREIDA ARMSTRONG, an individual<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:06-cv-16-<br>)  SRW<br>)<br>)<br>)<br>) |

## ALIAS SUMMONS

NOTICE TO:      FRIEDA ARMSTRONG
                700 Oliver Road
                Montgomery, Alabama 36117

You are hereby summoned and required to serve upon John P. Scott, Jr., attorney for plaintiff Murphy Oil, USA, Inc., a corporation, whose address is STARNES & ATCHISON LLP, 100 Brookwood Place, Seventh Floor, Post Office Box 598512, Birmingham, Alabama 35259-8512, an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 1/30/06                         DEBRA P. HACKETT, CLERK
      DEPUTY CLERK                    BY: [signature]

[SEAL OF THE U.S. DISTRICT COURT]

CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
United States Courthouse
One Church Street
Montgomery, Alabama 36104

{B0563954}

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _30_ day of _Jan_, 2006, I served this summons together with the complaint as follows:

☒ By personal service on the defendant at _700 Oliver Road, Montgomery, AL 36117_.

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_Jan. 30, 2006_                _Larry H. Harris_    629-20th. Ct, NE
Date                          Authorized or Specially Appointed Process Server    Birmingham, AL 35215

I hereby certify and return this ____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
Date                        Authorized or Specially Appointed Process Server

Cost of Service:    Service fee: $45.00             $ _____
                    Expenses: ____ miles @ .50 cents   $ _____

**RETURNED AND FILED**                              TOTAL:    $ _____

{B0560363}

**JAN 3 0 2006**

**CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MURPHY OIL USA, INC., a corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| ELMER MYERS ARMSTRONG, an individual, and FREIDA ARMSTRONG, an individual | ) CIVIL ACTION NO. 2:06-cv-16-SRW ) ) ) ) |
| Defendant. | ) |

## ALIAS SUMMONS

NOTICE TO:    ELMER MYERS ARMSTRONG
              700 Oliver Road
              Montgomery, Alabama 36117

    You are hereby summoned and required to serve upon John P. Scott, Jr., attorney for plaintiff Murphy Oil, USA, Inc., a corporation, whose address is STARNES & ATCHISON LLP, 100 Brookwood Place, Seventh Floor, Post Office Box 598512, Birmingham, Alabama 35259-8512, an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 1/30/06                       DEBRA P. HACKETT, CLERK
      _____               BY: _____
      DEPUTY CLERK

                                    [SEAL OF THE U.S. DISTRICT COURT]

                                    CLERK, UNITED STATES DISTRICT COURT
                                    MIDDLE DISTRICT OF ALABAMA
                                    United States Courthouse
                                    One Church Street
                                    Montgomery, Alabama 36104

{B0563952}

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __30__ day of __Jan__, 2006, I served this summons together with the complaint as follows:

☒ By personal service on the defendant at __700 Oliver Rd., Montgomery, AL 36117.__

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
_____

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

__Jan. 30, 2006__                     __Larry H. Harris__     629-20th Ct., NE
Date                                  Authorized or Specially Appointed Process Server     Birmingham, AL 35215

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____      _____
Date                    Authorized or Specially Appointed Process Server

Cost of Service:    Service fee: $45.00                    $ _____
                    Expenses: _____ miles @ .50 cents     $ _____

                                                    TOTAL:    $ _____

                                         RETURNED AND FILED

{B0560363}

                                         JAN 30 2006

                                         CLERK
                                         U.S. DISTRICT COURT
                                         MIDDLE DIST. OF ALA.