IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:06CV372 |
| ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, ) ) ) ) | |
| Defendants. ) | |

## AFFIDAVIT OF BILL CAPUTO

Before me, the undersigned notary public in and for said county and state, personally appeared Bill Caputo, who having been duly sworn, deposes and says as follows:

1.  My name is Bill Caputo. I am the owner of Capitol Investigation and Process Service, located at 5184 Caldwell Mill Road, Suite 204-200, Birmingham, Alabama 35244. I am a member of the National Association of Legal Investigators, National Association of Former Federal Investigators, National Association of Private Process Servers, and the United States Process Servers Association. I have personal knowledge of the matters stated herein.

2.  Capitol Investigation was retained by the law firm Starnes & Atchison LLP to locate and to serve defendants Elmer Meyers Armstrong and Freida Armstrong with

{B0608686}

the Summons and Complaint filed by United States Fidelity and Guaranty Company in this case.

3. Capitol Investigation has undertaken searches of the following records in an effort to locate defendants Elmer Meyers Armstrong and Freida Armstrong: Social Security records, credit records, utility records, driving records, motor vehicle records, postal records, telephone records, arrest records, and employment records. To date, all efforts to verify the location of defendants, and to have them served with the Summons and Complaint, have proven unsuccessful.

4. It is my opinion that the residence address of these defendants is unknown, and cannot be ascertained with reasonable diligence. Additionally, based upon my experience as an investigator and upon information and belief, it is my opinion that these defendants are avoiding service.

FURTHER AFFIANT SAITH NOT.

STATE OF ALABAMA         }
                         }
COUNTY OF JEFFERSON      }

Before me, the undersigned Notary Public, in and for said County and in said State, personally appeared BILL CAPUTO whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

_____
BILL CAPUTO

_____
NOTARY PUBLIC

Given under my hand and seal this the 3 day of July, 2006.

My Commission Expires: 4-24-10

{B0608686}