# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| United States Fidelity and Guaranty Company, a corporation,<br><br>              Plaintiff(s),<br><br>v.<br><br>Elmer Myers Armstrong, an individual, and Freida Armstring, an individual,<br><br>              Defendant(s).<br>              Defendant(s). | ))))))))))) **SUMMONS**<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>2:06cv372-VPM |

TO DEFENDANT

        Mr. Elmer Myers Armstrong
   8140 Westlakes Place, Montgomery, Alabama 36117

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Thomas L. Selden and Brian A. Dodd, Starnes & Atchison, Post Office Box 598512, Birmingham, AL 35259

a response to the complaint which is herewith served upon you via certified mail, within <u>20</u> days after service of this summons upon you, exclusive of the day of service.  IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.  A signed copy of your response MUST also be filed with the court.

DATE: 4/24/06

*Debra P. Hackett*, CLERK

By: [signature] William C. D.

         Deputy Clerk
        (SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NOTE:   A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

(3/92)

{B0588488}C:\Stuff\Blank.dot

<u>RETURN ON SERVICE OF WRIT</u>

I hereby certify and return that on the \_\_\_\_\_ day of \_\_\_\_\_, <u>2006</u>, I served this summons together with the complaint as follows:

☐     By CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                 *Authorized or Specially Appointed Process Server*

✓ I hereby certify and return this <u>3rd</u> day of <u>July</u>, <u>2006</u>, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

**CAPITOL INVESTIGATION**
5184 Caldwell Mill Road
Suite 204-200
Birmingham, AL 35244
(205) 991-5134

<u>7-3-06</u>          /s/ Bill Caputo
Date              *Authorized or Specially Appointed Process Server*

Cost of Service:    Service fee:                                             $ <u>0.00</u>
                  Expenses: \_\_\_\_\_ miles @ \_\_\_\_\_ cents            $ <u>0.00</u>

                                          TOTAL:         $ <u>0.00</u>

**RETURNED AND FILED**

**JUL - 6 2006**

**CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.**