IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED SATES FIDELITY AND GUARANTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 2:06cv372-WHA |
| ELMER MYERS ARMSTRONG, et al., ) ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on the Plaintiff's Second Motion for Service By Publication (Doc. #11). Upon consideration of the motion, the attached affidavits, and the entire file, the court finds the motion to be well taken. Accordingly, it is hereby

ORDERED that Plaintiff's Second Motion for Service By Publication is GRANTED, and Plaintiff may obtain service of the Summons and Complaint on Elmer Myers Armstrong and Freida Armstrong by publication in the manner provided by law.

DONE this 18th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE