IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CASE NO. 2:06CV372-VPM<br>) |
| ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, | )<br>)<br>) |
| Defendants. | ) |

_____

CERTIFICATION OF SERVICE
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above-referenced case, hereby certifies that it has caused a Notice of Action to be published in *The Montgomery Advertiser* for four (4) consecutive weeks beginning on July 28, 2006, and ending August 18, 2006. A copy of an Affidavit executed by the Bookkeeper of *The Advertiser Company*, publisher of *The Montgomery Advertiser* and *The Prattville Progress*, affirming said publication is attached hereto as Exhibit "A."

{B0625204}

Respectfully submitted,

s/ Thomas L. Selden
Thomas L. Selden
ASB Bar: ASB-5928-E64T
s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorneys for United States Fidelity and
Guaranty Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6021
Fax: 205-868-6099
e-mail: TSelden@starneslaw.com
e-mail: BDodd@starneslaw.com

{B0625204}