# Exhibit "A"

STATE OF ALABAMA )
MONTGOMERY COUNTY )

Before me, _Betty Dennis_, a Notary Public in and for the State and County aforesaid, personally appeared _Leletthia Johnson_ who, first being duly sworn according to law, deposes and says that she is BOOKKEEPER for The Advertiser Company, publishers of *The Montgomery Advertiser* and *The Prattville Progress* and that the legal advertisement appeared in the *Montgomery Advertiser* and that there is now due on said account the sum of $224.42 which is due, just and unpaid; and that no part of said account has been paid except as herein specified.

_Leletthia Johnson_

Sworn and subscribed before this _14th_ day of _Aug._

_Betty Dennis_
Notary Public, Montgomery Co., AL

My commission expires 11/06/2006.

---

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

UNITED STATES FIDELITY AND GUARANTY COMPANY, Plaintiff,

v.

ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, Defendants.

CASE NO. 2:06CV372-WHA

NOTICE OF ACTION

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above-styled case, hereby submits the following for publication, in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 4.3 of the Alabama Rules of Civil Procedure:

1. This is an action for exoneration of surety. USF&G seeks recovery of losses sustained under bonds issued at the request of Price Oil, Inc. and in favor of various State, local and other governmental and private entities to secure the payment of Federal and State excise taxes. Defendants Elmer Myers Armstrong and Freida Armstrong are personally liable for all losses sustained by USF&G.

2. Elmer Myers Armstrong and Frieda Armstrong, will have twenty (20) days from the last date of publication of this Notice to answer the Complaint filed in the above-referenced case.

3. This notice shall be published in the Montgomery Advertiser, once a week for four (4) consecutive weeks.

Respectfully submitted,

s/ Thomas L. Selden
Thomas L. Selden
ASB Bar: ASB-5928-E64T
s/Brian A. Dodd

Brian A. Dodd
Bar Number:
ASB-5193-D56B
Attorneys for United States Fidelity and Guaranty Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama
35259-8512
Phone No.: 205-868-6021
Fax: 205-868-6099
e-mail:
TSelden@starneslaw.com
e-mail:
BDodd@starneslaw.com

Mont. Adv. 7/28, 8/4, 8/11, 8/18/2006

689066, 689085