IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06CV372-VPM |
| ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, | ) ) ) | |
| Defendants. | ) | |

_____

MOTION FOR ENTRY OF DEFAULT
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above styled cause, hereby moves the Clerk of the Court for entry of default against defendants, Elmer Meyers Armstrong and Freida Armstrong pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure*. As grounds for this Motion, USF&G shows unto the Court that the defendants were deemed served with a copy of the Summons and Complaint on August 18, 2006, but has failed to plead or otherwise defend this action to date.

WHEREFORE, PREMISES CONSIDERED, USF&G moves the Clerk of the Court to enter a default against defendants, Elmer Meyers Armstrong and Freida Armstrong pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure*.

{B0628825}

Respectfully submitted,

s/ Thomas L. Selden
Thomas L. Selden
ASB Bar: ASB-5928-E64T
s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorneys for United States Fidelity and
Guaranty Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6021
Fax: 205-868-6099
e-mail: TSelden@starneslaw.com
e-mail: BDodd@starneslaw.com

{B0628825}