IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No. 2:06-cv-372-WHA-VPM |
| ) | |
| ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, ) ) ) | |
| Defendants. ) ) | |

ENTRY OF DEFAULT

It appearing that defendants Elmer Myers Armstrong and Freida Armstrong were duly served by publication with a copy of the summons and complaint on August 18, 2006, and said defendants have failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on September 12, 2006, as required by law.

DEFAULT is hereby entered against said defendants, Elmer Myers Armstrong and Freida Armstrong.

DONE THIS 22nd day of September, 2006.

　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　SR. UNITED STATES DISTRICT JUDGE