IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06CV372-WHA ) |
| ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, | ) ) ) |
| Defendants. | ) |

_____

MOTION FOR DEFAULT JUDGMENT
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above styled cause, pursuant to Rule 54(c) of the *Federal Rules of Civil Procedure*, hereby moves the Court to enter judgment in its favor against defendants, Elmer Myers Armstrong and Freida Armstrong, separately and severally, in the amount of $868,618.30. As grounds for this Motion, USF&G shows unto the Court as follows:

1. That defendants were deemed served with the Summons and Complaint in this matter by publication on August 18, 2006, but have failed to plead or otherwise defend this action to date.

2. That this Court entered a default against defendants on September 22, 2006.

This Motion is further supported by the pleadings and the Affidavit of R. Shantel Dixon which is being filed contemporaneously herewith.

{B0636703}

WHEREFORE, PREMISES CONSIDERED, USF&G moves the Court to enter judgment in its favor against defendants, Elmer Myers Armstrong and Freida Armstrong, separately and severally, in the amount of Eight Hundred Sixty-Eight Thousand Six Hundred Eighteen and 30/100s Dollars ($868,618.30), plus all interest permitted by law, all costs of this action, and all other relief to which USF&G may be entitled.

Respectfully submitted,

s/ Thomas L. Selden
Thomas L. Selden
ASB Bar: ASB-5928-E64T
s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorneys for United States Fidelity and
Guaranty Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6021
Fax: 205-868-6099
e-mail: TSelden@starneslaw.com
e-mail: BDodd@starneslaw.com

{B0636703}

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known address. Service of the Summons and Complaint was perfected by publication in the Montgomery Advertiser:

Mrs. Freida Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Mr. Elmer Myers Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

                                          Respectfully Submitted,

                                          <u>s/ Thomas L. Selden</u>
                                          Thomas L. Selden
                                          ASB Bar: ASB-5928-E64T
                                          <u>s/Brian A. Dodd</u>
                                          Brian A. Dodd
                                          Bar Number: ASB-5193-D56B
                                          Attorneys for United States Fidelity and
                                          Guaranty Company
                                          Starnes & Atchison LLP
                                          P.O. Box 598512
                                          Birmingham, Alabama 35259-8512
                                          Phone No.:  205-868-6021
                                          Fax:  205-868-6099
                                          e-mail:  TSelden@starneslaw.com
                                          e-mail:  BDodd@starneslaw.com

{B0636703}