IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06CV372-VPM ) |
| ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, | ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF R. SHANTEL DIXON

Before me, the undersigned notary public in and for said county and state, personally appeared , who having been duly sworn, deposes and says as follows:

1. My name is R. Shantel Dixon. I am of sound mind and I understand the taking of an oath. I have personal knowledge of every statement made in this affidavit, all of which are true and correct, and I am fully competent and authorized to testify to the matters stated herein.

2. I am employed as Bond Claim Counsel with United States Fidelity and Guaranty Company ("USF&G") at its offices located in Jackson, Mississippi. In this capacity, I have been responsible for the administration of claims which have been asserted against bonds USF&G issued on behalf Price Oil, Inc. ("Price Oil") and in favor of various State, local and other governmental and private entities to secure the payment

{B0636865}

of Federal and State excise taxes. I have personal knowledge concerning the matters stated herein.

3. As of September 29, 2006, USF&G has incurred losses and expenses in the administration of the bond claims in the amount of $438,393.55. Additionally, based upon its investigation, USF&G has established loss reserve in the amount of $430,224.75.

FURTHER AFFIANT SAITH NOT

          *R. Shantel Dixon*
          R. SHANTEL DIXON

STATE OF MISSISSIPPI      }
                                        }
COUNTY OF Rankin        }

I, Regina Fiscus, in and for said County and State, hereby certify that R. SHANTEL DIXON, whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

          *Regina Fiscus*
          NOTARY PUBLIC

Given under my hand and seal this the 2nd day of October, 2006.

My Commission Expires: MY COMMISSION EXPIRES JUNE 18, 2008

{B0636865}