IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06CV372-WHA ) |
| ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, | ) ) ) |
| Defendants. | ) |

_____

NOTICE OF FILING EVIDENTIARY MATERIALS
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY hereby files the following evidentiary materials in support of its Motion for Default Judgment:

(1)   Affidavit of R. Shantel Dixon dated October 2, 2006.

Respectfully submitted,

s/ Thomas L. Selden
Thomas L. Selden
ASB Bar: ASB-5928-E64T
s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorneys for United States Fidelity and
Guaranty Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6021
Fax: 205-868-6099
e-mail: TSelden@starneslaw.com
e-mail: BDodd@starneslaw.com

{B0637666}

CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known address. Service of the Summons and Complaint was perfected by publication in the Montgomery Advertiser:

Mrs. Freida Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Mr. Elmer Myers Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

           Respectfully Submitted,

           s/ Thomas L. Selden
           Thomas L. Selden
           ASB Bar: ASB-5928-E64T
           s/Brian A. Dodd
           Brian A. Dodd
           Bar Number: ASB-5193-D56B
           Attorneys for United States Fidelity and
           Guaranty Company
           Starnes & Atchison LLP
           P.O. Box 598512
           Birmingham, Alabama 35259-8512
           Phone No.: 205-868-6021
           Fax: 205-868-6099
           e-mail: TSelden@starneslaw.com
           e-mail: BDodd@starneslaw.com

{B0637666}