**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 4, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   United States Fidelity and Guaranty Company v. Armstrong et al**

**Case Number:   2:06cv00372-WHA**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached to include a certificate of service on each document.**

**The corrected PDF documents are attached to this notice for your review.   Reference is made to documents # 19 & #20   filed on    October 3, 2006.**