IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06CV372-VPM ) |
| ELMER MYERS ARMSTRONG, an individual, FREIDA ARMSTRONG, an individual, and PRICE OIL, INC., a corporation, | ) ) ) ) ) |
| Defendants. | ) |

_____

**AMENDED COMPLAINT FOR EXONERATION OF SURETY**
_____

### I. JURISDICTION AND VENUE

1.  Plaintiff, UNITED STATES FIDELITY AND GUARANTY ("USF&G"), is a corporation organized and existing under the laws of the State of Maryland, and having its principal place of business within the State of Maryland. At all relevant times hereto, USF&G has been duly authorized, licensed and engaged in the insurance and bonding business in this judicial district.

2.  Defendants, ELMER MYERS ARMSTRONG and FREIDA ARMSTRONG are citizens of the State of Alabama who are over the age of nineteen (19) years.

1

{B0664981}

2

3. Defendant, PRICE OIL, INC. is a corporation organized and existing under the laws of the State of Florida, having its principal place of business in Montgomery, Alabama.

4. Jurisdiction over this matter exists pursuant to 28 U.S.C. §1332, in that it is between citizens of different States and the amount in controversy exceeds the sum of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

II. FACTUAL ALLEGATIONS

5. At the request of Price Oil, Inc. ("Price Oil"), USF&G issued a series of bonds on behalf of various State, local and other governmental and private entities to secure the payment of Federal and State excise taxes. These bonds include the following:

| BOND NO. | PENAL LIMIT | OBLIGEE |
|---|---|---|
| | | |
| KU5748 | $235,000.00 | Exxon Company, USA |
| KU9597 | $1,000.00 | State of Georgia Department of Revenue |
| KU9787 | $100,000.00 | State of Florida Department of Revenue |
| KU9788 | $100,000.00 | State of Florida Department of Revenue |
| KU9789 | $4,000.00 | Jefferson County, Alabama |
| KV0494 | $51,000.00 | State of Tennessee, Department of Revenue |
| KV0532 | $112,284.00 | State of Florida Department of Revenue |
| KV0726 | $216,000.00 | State of Alabama Department of Revenue |
| KV0727 | $5,000.00 | State of Alabama, Petroleum Commodities Division |

2

{B0664981}

| KV0730 | $10,000.00 | Houston County, Alabama |
| TD5729 | $25,000.00 | State of Mississippi Petroleum Tax Division |

6. Price Oil filed a voluntary petition for relief under Chapter 11 in the United States Bankruptcy Court for the Middle District of Alabama, Case No. 05-34286, on December 22, 2005. USF&G subsequently received notices of claims against the aforementioned bonds. USF&G is investigating the remaining claims and believes that one or more of the claims may be meritorious. USF&G intends to discharge any obligations that it may owe to the claimants in accordance with the requirements of its bonds and applicable law.

7. Price Oil's bankruptcy case was voluntarily dismissed on December 28, 2006. A true and correct copy of the Bankruptcy Court's Order of December 28, 2006 is attached hereto as Exhibit "A."

8. As of September 29, 2006, USF&G has incurred losses and expenses in the administration of the bond claims in the amount of $438,393.55. Additionally, based upon its investigation, USF&G has established loss reserve in the amount of $430,224.75.

9. Prior to the issuance of the aforesaid bonds, defendants, separately and severally, each executed a Master Surety Agreement in favor of USF&G and a General Contract of Indemnity in favor of USF&G's parent company, St. Paul Fire and Marine Insurance Company (hereinafter collectively referred to as "Indemnity Agreements") in which defendants have promised to exonerate, defend and hold USF&G harmless from any loss, cost or expense which might result from the issuance of any of the aforesaid

3

{B0664981}

bonds. True and correct copies of the Master Surety Agreement, dated June 19, 1996, and the General Contract of Indemnity, dated October 12, 2005, are attached hereto as Exhibit "B" and Exhibit "C," respectively.

10.  Pursuant to the express terms of the Indemnity Agreements, the defendants, separately and severally, also agreed to collateralize any reserve established by USF&G in anticipation of any loss under any bonds issued on Price Oil's behalf. Specifically, defendants agreed as follows:

> In order to exonerate, hold harmless, and indemnify SURETY, UNDERSIGNED shall upon demand of SURETY, place SURETY in funds before SURETY makes any payment; such funds shall be, at SURETY'S option, money or property, or liens or security interests in property.

Master Surety Agreement, ¶III(B), attached as Exhibit "B."

> To deposit with Company, on demand, the amount of any reserve against such Loss which Company is required, or deems it prudent to establish whether on account of an actual liability or one which is, or may be, asserted against it and whether or not any payment for such Loss has been made.

General Contract of Indemnity, ¶2(b), attached as Exhibit "C."

11.  In accordance with the provisions of the Indemnity Agreements, USF&G has requested that defendants deposit collateral, money, or other security in the amount of its current loss payments and reserves pending final disposition of all claims. The defendants have failed to honor this request for collateralization, and have otherwise refused to perform their obligations as specified in the Indemnity Agreements.

### III.  CLAIMS FOR RELIEF

#### COUNT ONE
#### DEMAND FOR JUDGMENT

12. USF&G adopts and re-alleges all averments of paragraphs 1 through 12 of the Complaint as if set forth in full herein.

13. By virtue of the failure of the defendants to perform their obligations under the Indemnity Agreements as aforesaid, USF&G is entitled to a judgment against said defendants in the amount of Eight Hundred Sixty Eight Thousand Six Hundred Thirteen and 30/100 ($868,618.30), plus all interest permitted by law, all costs of this action, and all attorney's fees incurred by USF&G in enforcing the conditions of the Indemnity Agreements and in prosecuting this action.

WHEREFORE, PREMISES CONSIDERED, USF&G demands judgment against defendants, separately and severally, in the amount of Eight Hundred Sixty Eight Thousand Six Hundred Thirteen and 30/100 ($868,618.30), plus all interest permitted by law, all costs of this action, and all attorney's fees incurred by USF&G in enforcing the conditions of the Indemnity Agreements and in prosecuting this action.

    Respectfully submitted,

s/ Thomas L. Selden
Thomas L. Selden
ASB Bar: ASB-5928-E64T
s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorneys for United States Fidelity and
Guaranty Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6021
Fax: 205-868-6099
e-mail: TSelden@starneslaw.com
e-mail: BDodd@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known address. Service of the Summons and Complaint was perfected by publication in the Montgomery Advertiser:

Mrs. Freida Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Mr. Elmer Myers Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

6

{B0664981}

PLAINTIFF'S ADDRESS

United States Fidelity and Guaranty Company
c/o St. Paul Travelers Bond- Bond Claim
2S2 90 State House Square
Hartford, Connecticut 06183
Attn.: Robert L. Scanlon

DEFENDANT PRICE OIL, INC.  TO BE SERVED BY CERTIFIED MAIL:

Price Oil, Inc.
c/o Todd Armstrong
700 Oliver Road
Montgomery, Alabama 36177

23179