# Exhibit "A"

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-34286 |
| PRICE OIL, INC., *et al.*, ) | Chapter 11 Proceedings |
| ) | Jointly Administered |
| Debtors. ) | |

## ORDER APPROVING DEBTORS' MOTION TO DISMISS

THIS MATTER came before the Court for hearing on December 7, 2006 (the "Hearing") on the motion of Price Oil, Inc., together with its captioned affiliates, Armstrong Properties, L.L.C., Lion's Pride Properties, L.L.C., Roadmaster Food Stores, L.L.C., Roadmaster One, L.L.C. and Torque Transportation, L.L.C., debtors and debtors-in-possession (collectively, the "Debtors"), for the entry of an order approving the Debtors' motion to dismiss [Docket No. 749] (the "Motion"). Based on the pleadings of record, the arguments and representations of counsel and all other matters brought before the Court, the Court finds, determines and concludes that timely and sufficient notice of the Motion has been provided to all creditors and parties-in-interest as referenced in the Motion and certificate of service filed with the Court, the relief sought in the Motion is in the best interests of the Debtors, the Debtors' estates, and the Debtors' creditors, the Court has good cause, including, without limitation, a substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation, to dismiss the Debtors' cases pursuant to Section 1112(b) of the Bankruptcy Code and the Motion is due to be GRANTED in its entirety.

1

Based on the findings of fact and conclusions or law, the prior orders of this Court and the stipulations and agreements of the parties, it is hereby **ORDERED, ADJUDGED** and **DECREED**:

1. The Motion is GRANTED; and

2. The Debtors' cases are DISMISSED; and

3. With respect to the funds currently held in the trust account of Bradley Arant Rose & White LLP ("BARW"), as counsel for the Debtors, pursuant to prior orders of this Court and agreement of the parties, BARW is hereby authorized and directed to distribute such funds within five (5) business days of entry of this Order as follows: (a) $13,500 to BARW on account of legal fees and expenses associated with the sale of real estate located in Montgomery, Alabama and Crestview, Florida; (b) $10,000 to Colonial Bank for the earnest money deposit associated with the sale of real estate located in Crestview, Florida; (c) $137,500 to Colonial Bank representing its 50% interest in the Plan Funding Fees (as defined in the Motion); (d) $137,500 pro rata to the 503(b)(9) Claimants (as defined in prior orders of the Court) representing their 50% interest in the Plan Funding Fees (as defined in the Motion), as follows: (i) $1,263.26 to Hunt Refining, (ii) $40,039.25 to Citgo, (iii) $35,887.28 to Exxon, (iv) $12,416.88 to Motiva, (v) $24,493.45 to Marathon, (vi) $14,722.99 to BP, (vii) $203.54 to Coca Cola, (viii) $35.50 to Dairy Fresh, (ix) $246.37 to Hall & Hunt, (x) $24.63 to All State Beverage, (xi) $3.46 to Healthy Fresh, (xii) $55.73 to Frito Lay, and (xiii) $7,995.24 to Murphy Oil; (f) $105,431.63 pro rata to the estates' professionals, as follows: (i) $65,459.04 to BARW, (ii) $24,227.17 to AEA Group, LLC, and (iii) $15,378.85 to Pachulski Stang Ziehl Young Jones & Weintraub LLP, counsel for the Committee of Unsecured Creditors; (g) $9,000

to BARW for reasonable compensation of fees and reimbursement of expenses associated with administration and distribution of estate funds pursuant to this Order and prior Orders of the Court; (h) $95,000.00 to Colonial Bank representing their portion of the Disputed Sales Proceeds (as defined in the Motion); (i) $167,082.98 to Moore Oil representing their portion of the Disputed Sales Proceeds (as defined in the Motion); and $1500.00 to the Bankruptcy Administrator for the final Quarterly Fees owed by the Debtors' estates.

4. Notwithstanding any other term or provision of this Order, the Court shall retain jurisdiction over the following adversary proceedings: (i) 06-3030, Price Oil, Inc. v. Lloyd Randal Broughton; (ii) 06-3025, Price Oil, Inc. v. James M. Bearden; and (iii) 06-3028, Price Oil, Inc. v. McIntyre Travel Center, L.L.C.; and

5. The following proceedings are dismissed as moot: (i) First Application for Administrative Expenses filed by C. Ramsey Duck on behalf of Murphy Oil Company [Docket No. 541]; (ii) Motion Pursuant to 11 U.S.C. § 365(d)(5) and § 503(b)(1) for the Allowance and Payment of an Administrative Expense Claim filed by Central Leasing Corporation [Docket No. 551]; and (iii) Application for Administrative Expenses filed by Jonathan J. Kim on behalf of Official Creditors Committee [Docket No. 676]; and

6. Except as otherwise stated in this Order, this Order and the dismissal of the Debtors' cases does not affect the validity or enforceability of any prior Order of this Court entered in the Debtors' cases.

Dated this 14th day of December, 2006.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge