AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY<br>V.<br><br>ELMER MYERS ARMSTRONG, ET AL. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:  2:06-cv-00372-WHA |

TO: (Name and address of Defendant)

Price Oil, Inc.
c/o Todd Armstrong
700 Oliver Road
Montgomery, Alabama 36177

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Selden
Brian A. Dodd
Starnes & Atchison LLP
P. O. Box 598512
Birmingham, Alabama 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____DEBRA P. HACKETT_____          _____January 18, 2007_____
CLERK                                                                                            DATE

_/s/ Donna M. Crayfleet_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              *Date*                        *Signature of Server*

*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1820 0001 1829 2534

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |

2:06cv372-WHA
1-18-07

Price Oil, Inc.
c/o Todd Armstrong
700 Oliver Road
Montgomery, AL 36177

PS Form 3800, June 2002      See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.