✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES FIDELITY & GUARANTY COMPANY
V.

ELMER MYERS ARMSTRONG, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:06-cv-00372-WHA

RETURNED AND FILED

JAN 2 6 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

Price Oil, Inc.
c/o Todd Armstrong
700 Oliver Road
Montgomery, Alabama 36177

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Selden
Brian A. Dodd
Starnes & Atchison LLP
P. O. Box 598512
Birmingham, Alabama 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____DEBRA P. HACKETT_____                    _____January 18, 2007_____
CLERK                                                                                  DATE

_____[signature]_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date                    *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.













CLERK, U. S. DISTRICT COURT
Middle DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

7005 3110 0001 1829 2534

First Class Mail

Price Oil, Inc.

REFUSED

RECEIVED 2007 JAN 25 A 9:55 CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA