# In the United States District Court For the Middle District of Alabama

| | | |
|---|---|---|
| United States Fidelity and Guaranty Company, | ) | **ALIAS SUMMONS** |
| Plaintiff(s), | ) ) ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.) |
| v. | ) ) | |
| Elmer Meyers Armstrong, Frieda Armstrong and Price Oil, Inc., | ) ) ) | CIVIL ACTION CASE NUMBER: 2:06-cv-372-VPM |
| Defendant(s). | ) | |

TO DEFENDANT

Price Oil, Inc.
c/o Todd Armstrong
700 Oliver Road
Montgomery, Alabama 36177

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Thomas L. Selden and Brian A. Dodd, P.O. Box 598512, Birmingham, Alabama 35259

a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _February 5, 2007_

*Debra P. Hackett* ,CLERK

SEE REVERSE SIDE FOR RETURN

By: _[signature]_
Deputy Clerk
(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

(3/92)