IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 2:06cv372-WHA |
| ELMER MYERS ARMSTRONG, FREIDA ARMSTRONG, and PRICE OIL, INC., ) ) ) | |
| Defendants. ) | |

**ORDER**

The Defendant having filed an Amended Complaint in this case, it is hereby ORDERED as follows:

1. Plaintiff's Application for Preliminary Injunction (Doc. #2) is DENIED as moot.

2. Plaintiff's Motion for Default Judgment as to Elmer Myers Armstrong and Freida Armstrong (Doc. #19) is DENIED as moot.

DONE this 27th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE