AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES FIDELITY AND
GUARANTY COMPANY
V.
ELMER MYERS ARMSTRONG, ET AL.

**ALIAS
SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06cv00372-WHA

TO: (Name and address of Defendant)

Elmer Myers Armstrong
4421 Commons Drive East
Suite B-103
Destin, Florida 32541

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Selden
Brian A. Dodd
P. O. Box 598512
Birmingham, Alabama 35259

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  April 20, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                                           *Signature of Server*

_____
*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7005 3110 0001 4829 3364

OFFICIAL USE

Postage $ _____
Certified Fee _____
Return Receipt Fee (Endorsement Required) _____
Restricted Delivery Fee (Endorsement Required) _____
Total Postage & Fees $ _____

2:06cv372-WHA
4-20-07
Postmark Here

Cmp tmOcmp alias summs

Sent To: Elmer Myers Armstrong
Street, Apt. No.; or PO Box No. 4421 Gunners Dr East, Suite B-103
City, State, ZIP+4 Destin FL 32541

PS Form 3800, June 2002   See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES FIDELITY AND
GUARANTY COMPANY
V.
ELMER MYERS ARMSTRONG, ET AL.

**ALIAS
SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06cv00372-WHA

TO: (Name and address of Defendant)

Frieda Armstrong
4421 Commons Drive East
Suite B-103
Destin, Florida 32541

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Selden
Brian A. Dodd
P. O. Box 598512
Birmingham, Alabama 35259

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                   April 20, 2007
CLERK                                                DATE

(By) DEPUTY CLERK

≋AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                              *Signature of Server*

              _____
              *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 3110 0007 4829 3371

| Postage | $ | 2:06cv372-WHA |
| Certified Fee | | Cmplamdcmp/alias |
| Return Receipt Fee (Endorsement Required) | | Postmark summ Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4-20-07 |

Sent To _Freeda Armstrong_
Street, Apt. No.
or PO Box No. _4421 Commons Dr. East, Suite B-103_
City, State, ZIP+4 _Destin, FL 35241_

PS Form 3800, June 2002                See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.