IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:06CV372-WHA |
| PRICE OIL, INC., ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, ) ) ) | |
| Defendants. ) | |

_____

CORPORATE/CONFLICT DISCLOSURE STATEMENT
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above-styled case, hereby submits the following Corporate/Conflict Disclosure Statement in accordance with Rule 7.1 of the Federal *Rules of Civil Procedure*:

USF&G is 100% owned by St. Paul Fire and Marine Insurance Company, which is 100% owned by The St. Paul/Travelers Companies, Inc. n/k/a The Travelers Companies, Inc. Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is also 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publically held company in the corporate family.

{B0730095}

        Respectfully submitted,

        <u>s/ Thomas L. Selden</u>
        Thomas L. Selden
        ASB Bar: ASB-5928-E64T
        Brian A. Dodd
        Bar Number: ASB-5193-D56B
        Attorneys for United States Fidelity and
        Guaranty Company
        Starnes & Atchison LLP
        P.O. Box 598512
        Birmingham, Alabama 35259-8512
        Phone No.: 205-868-6021
        Fax: 205-868-6099
        e-mail: TSelden@starneslaw.com
        e-mail: BDodd@starneslaw.com

{B0730095}

CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known address

      :

Mrs. Freida Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Mr. Elmer Myers Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Price Oil, Inc.
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835

                                          s/ Thomas L. Selden
                                          Thomas L. Selden
                                          ASB Bar: ASB-5928-E64T
                                          Attorney for United States Fidelity and
                                          Guaranty Company
                                          Starnes & Atchison LLP
                                          P.O. Box 598512
                                          Birmingham, Alabama 35259-8512
                                          Phone No.: 205-868-6021
                                          Fax: 205-868-6099
                                          e-mail: TSelden@starneslaw.com

{B0730095}