IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) | CASE NO. 2:06CV372-WHA |
| ) | |
| PRICE OIL, INC., ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, )<br>)<br>) | |
| Defendants. ) | |

_____

MOTION FOR SERVICE BY PUBLICATION
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in above-referenced case, pursuant to Rule 4(e)(1) of the *Federal Rules of Civil Procedure* and Rule 4.3 of the *Alabama Rules of Civil Procedure*, hereby moves this Court to Order service of the Summons and Amended Complaint against defendants, Elmer Myers Armstrong and Freida Armstrong, by publication. As grounds for this request, USF&G shows unto the Court that the residence address of these defendants is unknown and cannot be ascertained with reasonable diligence. Additionally, upon information and belief, USF&G avers that these defendants may be ng service of process.

This Motion is supported by the Affidavit of Brian A. Dodd, attached hereto as Exhibit "A" and filed contemporaneously herewith.

WHEREFORE, PREMISES CONSIDERED, USF&G moves the court to Order service of the Summons and Amended Complaint against Elmer Myers Armstrong and Freida Armstrong by publication.

    Respectfully submitted,

    s/ Thomas L. Selden
    Thomas L. Selden
    ASB Bar: ASB-5928-E64T
    Brian A. Dodd
    Bar Number: ASB-5193-D56B
    Attorneys for United States Fidelity and
    Guaranty Company
    Starnes & Atchison LLP
    P.O. Box 598512
    Birmingham, Alabama 35259-8512
    Phone No.: 205-868-6021
    Fax: 205-868-6099
    e-mail: TSelden@starneslaw.com
    e-mail: BDodd@starneslaw.com

{B0730836}

## CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known address:

Mrs. Freida Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Mr. Elmer Myers Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Price Oil, Inc.
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835

                                                s/ Thomas L. Selden
                                                Thomas L. Selden
                                                ASB Bar: ASB-5928-E64T
                                                Brian A. Dodd
                                                Bar Number: ASB-5193-D56B
                                                Attorneys for United States Fidelity and
                                                Guaranty Company
                                                Starnes & Atchison LLP
                                                P.O. Box 598512
                                                Birmingham, Alabama 35259-8512
                                                Phone No.: 205-868-6021
                                                Fax: 205-868-6099
                                                e-mail: TSelden@starneslaw.com
                                                e-mail: BDodd@starneslaw.com

{B0730836}