IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06CV372-WHA ) |
| PRICE OIL, INC., ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG, | ) ) ) |
| Defendants. | ) |

_____

NOTICE OF FILING EVIDENTIARY MATERIALS
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G") hereby files the following evidentiary materials in support of its Motion for Service by Publication against Elmer Myers Armstrong and Freida Armstrong:

(1)   Exhibit "A"/Affidavit of Brian A. Dodd, dated July 3, 2007.

{B0730842}

Respectfully submitted,

s/ Thomas L. Selden
Thomas L. Selden
ASB Bar: ASB-5928-E64T
s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorneys for United States Fidelity and
Guaranty Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6021
Fax: 205-868-6099
e-mail: TSelden@starneslaw.com
e-mail: BDodd@starneslaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known address. Service of the Summons and Complaint was perfected by publication in the Montgomery Advertiser:

Mrs. Freida Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Mr. Elmer Myers Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Price Oil, Inc.
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835

{B0730842}

        Respectfully Submitted,

        s/ Brian A. Dodd
        Thomas L. Selden
        ASB Bar: ASB-5928-E64T
        s/Brian A. Dodd
        Brian A. Dodd
        Bar Number: ASB-5193-D56B
        Attorneys for United States Fidelity and
        Guaranty Company
        Starnes & Atchison LLP
        P.O. Box 598512
        Birmingham, Alabama 35259-8512
        Phone No.:  205-868-6021
        Fax:  205-868-6099
        e-mail:  TSelden@starneslaw.com
        e-mail:  BDodd@starneslaw.com

{B0730842}