IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv372-WHA |
| ) | |
| PRICE OIL, INC., et al., ) ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Motion for Service by Publication (Doc. #34), seeking service by publication on the Defendants, Elmer Myers Armstrong and Freida Armstrong.

After carefully considering the evidentiary submissions filed with the motion, the court finds that these Defendants are citizens of the state of Alabama, with their last known residence being in Montgomery County, Alabama, but that their residence is now unknown and cannot with reasonable diligence be ascertained. The court further finds that the Defendants are avoiding service of process. Therefore, the court finds that service by publication is appropriate pursuant to Rule 4.3, *Alabama Rules of Civil Procedure*, made applicable by Rule 4(e), *Fed.R.Civ.P.,* and it is hereby

ORDERED that the Plaintiff's Motion for Service by Publication is GRANTED, and Plaintiff may obtain service of the Summons and Complaint on Elmer Myers Armstrong and Freida Armstrong by publication in the manner provided by law.

DONE this 10th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE