# In the United States District Court
# For the Middle District of Alabama

JUN 04 2007

| | |
|---|---|
| United States Fidelity and Guaranty Company, ) | **ALIAS SUMMONS** |
| Plaintiff(s), ) | |
| ) | (Issued pursuant to Rule 4 |
| v. ) | of the Federal Rules of |
| ) | Civil Procedure or other |
| Elmer Meyers Armstrong, Frieda Armstrong and ) | appropriate laws.) |
| Price Oil, Inc., ) | |
| ) | CIVIL ACTION CASE NUMBER: |
| Defendant(s). ) | 2:06-cv-372-VPM |

TO DEFENDANT

Price Oil, Inc.
c/o Todd Armstrong
~~700 Oliver Road~~
~~Montgomery, Alabama 36177~~

4203 Cougar Circle
Niceville, FL 32578

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Thomas L. Selden and Brian A. Dodd, P.O. Box 598512, Birmingham, Alabama 35259

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2-5-07

*Debra P. Hackett* _____ CLERK

SEE REVERSE SIDE FOR RETURN

By: Ben Pelinger

Deputy Clerk
(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

(3/92)

CASE NO. \_\_\_\_

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _19th_ day of _March_, 2007, I served this summons together with the complaint as follows:

☒ By personal service on the defendant at _Todd Armstrong_ _4203 Cougar Circle Niceville, FL 32578_

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_3-19-07_ _Tony Trawick_
Date                Authorized or Specially Appointed Process Server
                    _Tony Trawick #465_

I hereby certify and return this \_\_\_\_ day of \_\_\_\_, \_\_\_\_, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                Authorized or Specially Appointed Process Server

Cost of Service:   Service fee:                                          $ 0.00
                   Expenses: \_\_\_\_ miles @ \_\_\_\_ cents              $ 0.00

                                                         TOTAL:         $ 0.00