IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | CASE NO.  2:06-CV-372-WHA |
| ) | |
| ELMER MYERS ARMSTRONG, ) FREIDA ARMSTRONG, and ) PRICE OIL ) ) | |
| Defendants. ) | |

## CERTIFICATION OF SERVICE

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above-referenced case, hereby certifies that it has caused a Notice of Action to be published in *The Montgomery Advertiser* for four (4) consecutive weeks beginning on July 24, 2007, and ending August 14, 2007.  A copy of the publication notice, evidencing this publication, is attached as Exhibit "A."

    Respectfully submitted,

    s/Brian A. Dodd
    Bar Number: ASB-5193-D56B
    Attorney for United States Fidelity and
    Guaranty Company
    Starnes & Atchison LLP
    P.O. Box 598512
    Birmingham, Alabama 35259-8512
    Phone No.:  205-868-6000
    Fax:  205-868-6099
    e-mail:  BDodd@starneslaw.com

{B0754337}

CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known address:

Mrs. Freida Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Mr. Elmer Myers Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Price Oil, Inc.
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835

          s/Brian A. Dodd\_\_\_\_
          Bar Number: ASB-5193-D56B
          Attorney for United States Fidelity and
          Guaranty Company
          Starnes & Atchison LLP
          P.O. Box 598512
          Birmingham, Alabama 35259-8512
          Phone No.: 205-868-6000
          Fax: 205-868-6099
          e-mail: BDodd@starneslaw.com

{B0754337}