# Exhibit "A"

{B0754337}

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

UNITED STATES FIDELITY AND GUARANTY COMPANY,
Plaintiff,
v. CASE NO. 2:06CV372-WHA
ELMER MYERS ARMSTRONG, and FREIDA ARMSTRONG,
Defendants.

**NOTICE OF ACTION**

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above-styled case, hereby submits the following for publication, in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 4.3 of the Alabama Rules of Civil Procedure:

1. This is an action for exoneration of surety. USF&G seeks recovery of losses sustained under bonds issued at the request of Price Oil, Inc. and in favor of various State, local and other governmental and private entities to secure the payment of Federal and State excise taxes. Defendants Elmer Myers Armstrong and Freida Armstrong are personally liable for all losses sustained by USF&G.

2. Elmer Myers Armstrong and Frieda Armstrong, will have twenty (20) days from the last date of publication of this Notice to answer the Complaint filed in the above-referenced case.

3. This notice shall be published in the Montgomery Advertiser, once a week for four (4) consecutive weeks.

Respectfully submitted,
Brian A. Dodd Bar Number: ASB-5193-D56B
Attorneys for United States Fidelity and Guaranty Company Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6000
Fax: 205-868-6099
e-mail: BDodd@starnw.com
Mont. Adv. 7/24 7/31 8/7 8/14 745683/745687