IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.  2:06-CV-372-VPM ) |
| ELMER MYERS ARMSTRONG, FRIEDA ARMSTRONG and PRICE OIL, INC., | ) ) ) |
| Defendants. | ) |

_____

MOTION FOR ENTRY OF DEFAULT
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above styled cause, hereby moves the Clerk of the Court for entry of default against defendants, Elmer Meyers Armstrong, Freida Armstrong and Price Oil, Inc., pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure*.

As grounds for this Motion, USF&G shows unto the Court that the defendants, Elmer Meyers Armstrong and Freida Armstrong, were deemed served with the Summons and Amended Complaint by publication on August 14, 2007, but have failed to plead or otherwise defend this action to date, and that defendant, Price Oil, Inc., was served with the Summons and Amended Complaint on March 19, 2007, but has failed to plead or otherwise defend this action to date

{B0755339}

WHEREFORE, PREMISES CONSIDERED, USF&G moves the Clerk of the Court to enter a default against defendants, Elmer Meyers Armstrong, Freida Armstrong and Price Oil, Inc., pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure*.

        Respectfully submitted,

        s/Brian A. Dodd\_\_\_\_
        Bar Number: ASB-5193-D56B
        Attorney for United States Fidelity and
        Guaranty Company
        Starnes & Atchison LLP
        P.O. Box 598512
        Birmingham, Alabama 35259-8512
        Phone No.:  205-868-6000
        Fax:  205-868-6099
        e-mail:  BDodd@starneslaw.com

CERTIFICATE OF SERVICE

       I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known address:


Mrs. Freida Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Mr. Elmer Myers Armstrong
8140 Westlakes Place
Montgomery, Alabama 36117

Price Oil, Inc.
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835


                                          s/Brian A. Dodd____
                                          Bar Number: ASB-5193-D56B
                                          Attorney for United States Fidelity and
                                          Guaranty Company
                                          Starnes & Atchison LLP
                                          P.O. Box 598512
                                          Birmingham, Alabama 35259-8512
                                          Phone No.: 205-868-6000
                                          Fax: 205-868-6099
                                          e-mail: BDodd@starneslaw.com

{B0755339}