IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )    CIVIL ACTION NO. 2:06cv372-WHA<br>) |
| ELMER MYERS ARMSTRONG, et al., | )<br>) |
| Defendants. | ) |

**ENTRY OF DEFAULT**

It appearing that Defendants Elmer Myers Armstrong and Freida Armstrong were duly served by publication with a copy of the Summons and Amended Complaint on August 14, 2007, and that Defendant Price Oil, Inc. was served with Summons and Amended Complaint on March 19, 2007, and all of said Defendants having failed to answer or otherwise defend this action,

Default is hereby entered against said Defendants, Elmer Myers Armstrong, Freida Armstrong, and Price Oil, Inc.

DONE this 10th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE