IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:06CV372-WHA |
| ELMER MYERS ARMSTRONG, FREIDA ARMSTRONG and PRICE OIL, INC., ) ) ) | |
| Defendants. ) | |

_____

MOTION FOR DEFAULT JUDGMENT
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G"), the plaintiff in the above styled cause, pursuant to Rule 54(c) of the *Federal Rules of Civil Procedure*, hereby moves the Court to enter judgment in its favor against defendants, Elmer Myers Armstrong, Freida Armstrong and Price Oil, Inc., separately and severally, in the amount of $870,000.00. As grounds for this Motion, USF&G shows unto the Court as follows:

1.    That defendants, Elmer Meyers Armstrong and Freida Armstrong, were deemed served with the Summons and Amended Complaint by publication on August 14, 2007, but have failed to plead or otherwise defend this action to date.

2.    That defendant, Price Oil, Inc., was served with the Summons and Amended Complaint on March 19, 2007, but has failed to plead or otherwise defend this action to date.

{B0636703}

2. That this Court entered a default against defendants on September 10, 2007.

This Motion is further supported by the pleadings and the Affidavit of R. Shantel Dixon which is being filed contemporaneously herewith.

WHEREFORE, PREMISES CONSIDERED, USF&G moves the Court to enter judgment in its favor against defendants, Elmer Myers Armstrong, Freida Armstrong and Price Oil, Inc., separately and severally, in the amount of Eight Hundred Seventy Thousand and no/100s Dollars ($870,000.00), plus all interest permitted by law, all costs of this action, and all other relief to which USF&G may be entitled.

Respectfully submitted,

s/ Brian A. Dodd
s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorneys for United States Fidelity and
Guaranty Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6000
Fax: 205-868-6099
e-mail: BDodd@starneslaw.com

{B0636703}

CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known address:

Mrs. Freida Armstrong
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835

Mr. Elmer Myers Armstrong
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835

Price Oil, Inc.
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835

                                              s/Brian A. Dodd
                                              Brian A. Dodd
                                              Bar Number: ASB-5193-D56B
                                              Attorneys for United States Fidelity and
                                              Guaranty Company
                                              Starnes & Atchison LLP
                                              P.O. Box 598512
                                              Birmingham, Alabama 35259-8512
                                              Phone No.:  205-868-6000
                                              Fax:  205-868-6099
                                              e-mail:  BDodd@starneslaw.com

{B0636703}