IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06CV372-WHA ) |
| ELMER MYERS ARMSTRONG, FREIDA ARMSTRONG and PRICE OIL, INC., | ) ) ) |
| Defendants. | ) |

_____

NOTICE OF FILING EVIDENTIARY MATERIALS
_____

UNITED STATES FIDELITY AND GUARANTY COMPANY hereby files the following evidentiary materials in support of its Motion for Default Judgment:

(1)   Affidavit of R. Shantel Dixon dated September 25, 2007.

Respectfully submitted,

s/ Brian A. Dodd
s/Brian A. Dodd
Bar Number: ASB-5193-D56B
Attorneys for United States Fidelity and
Guaranty Company
Starnes & Atchison LLP
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone No.: 205-868-6000
Fax: 205-868-6099
e-mail: BDodd@starneslaw.com

{B0637666}

CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known address:

Mrs. Freida Armstrong
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835

Mr. Elmer Myers Armstrong
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835

Price Oil, Inc.
c/o Mr. Todd Armstrong
4203 Cougar Circle
Niceville, Florida 32578-8835

      s/ Brian A. Dodd
      s/Brian A. Dodd
      Bar Number: ASB-5193-D56B
      Attorneys for United States Fidelity and
      Guaranty Company
      Starnes & Atchison LLP
      P.O. Box 598512
      Birmingham, Alabama 35259-8512
      Phone No.: 205-868-6000
      Fax: 205-868-6099
      e-mail: BDodd@starneslaw.com

{B0637666}