**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                TELEPHONE (334) 954-3600

December 4, 2007

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   United States Fidelity and Guaranty Company v. Armstrong et al

**Case Number:**   2:06cv00372-WHA

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 43   filed on   December 04, 2007.**