IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ELMER MYERS ARMSTRONG, FRIEDA )<br>ARMSTRONG and PRICE OIL, INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06cv372-WHA |

**FINAL JUDGMENT BY DEFAULT**

Upon consideration of the Motion for Default Judgment (Doc. #41), and affidavits in support thereof, and default having previously been entered against the Defendants for failure to plead or otherwise defend this action, the court finds the motion to be well-taken, and it is hereby

ORDERED that the motion is GRANTED, and

Judgment is entered in favor of the Plaintiff, United States Fidelity and Guaranty Company, and against the Defendants, Elmer Myers Armstrong, Frieda Armstrong, and Price Oil, Inc., in the amount of $870,000, together with interest. Costs are taxed against the Defendants.

DONE this 13th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE