IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:06-cv-00372-WHA ) |
| ELMER, MYERS ARMSTRONG, FRIEDA ARMSTRONG and PRICE OIL, INC. | ) ) ) ) |
| Defendants. | ) |

CERTIFICATE OF JUDGMENT

I, Debra P. Hackett, Clerk of the United States District Court in and for the Middle District of Alabama, do hereby certify that in the United States District Court in and for the Middle District of Alabama, on the 13th day of February, 2008, judgment was rendered in favor of the Plaintiff, United States Fidelity and Guaranty Company, and against the Defendants, Elmer Myers Armstrong, Freida Armstrong, and Price Oil, Inc., in the amount of Eight Hundred Seventy Thousand and 00/100 Dollars ($870,000.00), together with interest.  Costs are taxed against the Defendants.

I do further certify that Brian Alan Dodd and Thomas Lawson Selden of the firm Starnes & Atchison, P. O. Box 598512, Birmingham, AL 35259-8512, are the attorneys of record for the plaintiff.

WITNESS my hand and seal of this court on this 13th day of March, 2008.

DEBRA P. HACKETT, CLERK
United States District Court
for the Middle District of Alabama

By:
Deputy Clerk